IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:04cr96LG-JMR-001

DANA DWAYNE JOHNSON

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1)   The sentence in this case is reduced from 92 to 77 months;

(2)   All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 9th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_/s/John A. Meynardie_____            _/s/ George L. Lucas_____
ASSISTANT U.S. ATTORNEY              DEFENSE COUNSEL